**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jorge Alberto CRUZ–HERNANDEZ,**
**Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee**

v.

**Jorge A. Cruz–Hernandez,**
**Defendant–Appellant.**

Nos. 07–50679, 07–50680
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 5, 2007.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

**930**

Before JOLLY, HIGGINBOTHAM, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgments in Criminal Cases, Jorge Alberto Cruz–Hernandez raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *petition for cert. filed* (Aug. 28, 2007) (No. 07–6202). The Government's motion for summary affirmance is GRANTED, and the judgments of the district court are AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

